(TO) THE UNITED STATES MARSHALLS

United States Courts
Southern District of Texas
FILED
OCT 02 2023
Nathan Ochsner, Clerk of Court

SEPTEMBER 24, 2023

CASE #823965

I'VE WROTE YOU ALL BEFORE. I, WROTE (TYLER TEX, BRANCH)

THIS DOCUMENT IS BEING SUBMITTED FOR
(A.) WRONGFULY INCARCERATION.
(B.) THE FEDERAL JUDGE: KEITH ELLISON, RULED CONTRARY TO, THE LAW: THE, 76TH LEGISLATURE BEING THE LAW FROM, CONGRESS.

THE, 76TH LEGISLATURE: BEGIN, SEPTEMBER 1, 1999 YEAR.

NOTICE THE "4.8 million (FOR) COMPENSATION—

PAGE: #1.) OF (4)

IS ALREADY PRINTED FOR ONE YEAR.

THE STATES PROSECUTOR'S ARE DISREGARDING THE LAW'S THAT PERTAIN'S TO MY ENTITLED RIGHTS TO BE RELEASED.

NOTICE: THE CASE HAS A "TAINTED & FABRICATED" (LIST) OF TANGIBLE ARTICLES. THIS IS PART WHY THE CASE WAS DISMISSED. ~~Accordingly~~

THE COURT'S ARE REFUSEING TO ABIDE THE TEXAS PENAL CODE 37.10 OF GOV'M~T RECORD, ALSO THE TEXAS PENAL CODE 37.09 OF EVIDENCE (ESPECIALY) THE FRIVOLOUS "SECOND SET of PANTIES" THAT WAS NOT THE ORIGINAL PAIR [USED TO OBTAIN A FRIVOLOUS CONVICTION DURING THE CORRUPT TRIAL].

## THE LIST OF EXCULPATORY

**EVIDENCE**

(1.) FRIVOLOUS AFFIDAVIT

(2.) FRIVOLOUS: SEARCH & ARREST WARRANT.

(3.) THE VIDEO TAPED LINE UP: RECORDINGS.

(4.) NOTICE // THE CASE WAS SKIPED OVER AT THE COURT OF CRIMINAL APPEALS" IT WAS NEVER SUBMITTED TO THE (C.C.A.) AT ALL IN A TIMELY MANNOR

**NOTE**

(5) THE COURT'S TRANSCRIBEING RECORD'S ARE, ALTERED ALSO.

(6.) THE STATE PRESENTED A FRIVOLOUS WITNESS NAMED: KELLY SAUFF: THERE WAS SECOND SPELLINGS OF KELLY SAUM.

THE CORRUPT JUDGE'S: (A.) MICHAEL T. MCSPADDEN COURT 209TH DIST

(B.) JUDGE ROBERT JONES: OF THE PROJECT COURT

(C.) THE FEDERAL COURT JUDGE: KEISHA ELLISON IS NOT ABIDEING THE TO, DISMISS THE CASE AND I'M TO BE COMPENSATED. ACCORDING TO THE LAW. HE IS THE MOB ALONG WITH THESE SICK CORRUPT UNDERCOVER'S (C.I.A.) & (F.B.I.) MOB THE FEDERAL INFO: 01899 FEDERAL SOUTHERN DIST COURT [LOCATED] 515 RUSK ST. RM: 3716

THE D.A. KIM OGG AND DEVON ANDERSON ARE MOB FLOR'S ALSO. (BOTA ARE CORRUPT AND HAS MADE PROPASITION'S FOR A BABY.

BOTA ARE K.K.K.

I DON'T HAVE WARRANTS- HOLDS ~~ARE COMPLETE~~ OR DETAINER'S.

6:10 PM SUNDAY   9-24-2023) YEAR

(4) OF (4)

TRAVIS D GREEN
(T.D.C.J.) #999373
ALAN POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS
ZIP CODE 77351



United States Courts
Southern District of Texas
FILED
OCT 02 2023
Nathan Ochsner, Clerk of Court

(TO) THE UNITED STATES MARSHALLS
OF HOUSTON, TX. 515 RUSK ST.
MICHAEL T. O'CONNOR (DIRECTOR)
HOUSTON, TEXAS
ZIP CODE 77002